

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2014

No. 04-14-00649-CR

Alex Rene **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7573
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

In response to this court's Rule 37.3 letter, notifying her the reporter's record was past due, court reporter Debi Doolittle filed a notice of late record asking for additional time to file the reporter's record. We **GRANT** the request for additional time and **ORDER** Ms. Doolittle to file the record in this court on or before January 5, 2014, giving her an addition sixty-eight days to file the record from the original due date.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court